UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY DARNELL BROWN,

     Plaintiff,

v.                                  Case No. 3:17cv678-LC-CJK

ADAM CHASE GARY, et al.,

     Defendants.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 26, 2018 (doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28

U.S.C. § 1915(e)(2)(B)(i) as malicious for plaintiff's abuse of the judicial process.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of February, 2018.


_____s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**